UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FREDDIE HICKS**                                      **CIVIL ACTION**

**VERSUS**                                             **NO. 09-7017**

**MARLIN GUSMAN - SHERIFF, ET AL.**                    **SECTION: "I"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Freddie Hicks, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1). **IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to their prosecution in his duplicative civil actions currently pending in this Court.

New Orleans, Louisiana, this ____13th____ day of November, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**